UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO URIEL VARGAS, | Case No. 18-04862 EJD (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SAN FRANCISCO SHERIFFS, | |
| Defendant. | |

Plaintiff, a California state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.[1] On January 2, 2019, the Court dismissed Plaintiff's complaint with leave to amend within twenty-eight days, i.e., no later than January 30, 2019. (Docket No. 6.) Plaintiff was advised that failure to respond in accordance with the Court's order by filing an amended complaint in the time provided would result in the dismissal of this action without prejudice and without further notice to Plaintiff. (Id. at 3-4.)

To date, Plaintiff has failed to file an amended complaint or to have any further communication with the Court. Accordingly, this action is **DISMISSED** without prejudice for Plaintiff's failure to file an amended complaint. The Clerk shall terminate all

---

[1] This action was reassigned to this Court after Plaintiff failed to consent to Magistrate Judge Jurisdiction. (Docket No. 5.)

pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 2/8/2019

_____
EDWARD J. DAVILA
United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.18\04862Vargas_dism-ac

2